# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

JAY IRE PROPERTIES, LLC, and     )
CARL FELDER,                     )     CIVIL ACTION FILE No._____
                                 )
            Plaintiffs,          )
                                 )
                                 )
                                 )
                                 )
v.                               )
                                 )
                                 )
                                 )
COBB COUNTY, GEORGIA and         )
KEVIN GOBBLE                     )

## COMPLAINT

COMES NOW Plaintiffs, Jay Ire Properties ("Jay Ire") and Carl Felder ("Felder"), and hereby file this Complaint against Cobb County, Georgia ("Defendant Cobb") and Kevin Gobble ("Defendant Gobble") showing the court as follows:

## I

## JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 over Counts I and II of this Complaint, which arise out of 42 U.S.C. § §1983, 1981, and 1988.

2. Venue is proper in this Court because the events forming the basis of this action were undertaken within the Northern District of Georgia.

3. Plaintiff exhausted all administrative remedies in this matter.

## II

## PARTIES

4. Plaintiff Felder is a citizen of the United States.

5. Plaintiff Jay Ire is a duly formed Georgia Limited Liability Corporation in good standing.

6. Defendant Cobb is a political subdivision of the state of Georgia, subject to the jurisdiction of this court and may be served with service of process with service upon the Cobb County Attorney..

7. Defendant Gobble is a Cobb County, Georgia resident and may be served with service of process at 1150 Powder Springs St., Marietta, GA 30064..

8. Defendants are subject to the requirements of the laws enumerated in the Jurisdiction and  Venue section of this Complaint.

## III

## FACTUAL ALLEGATIONS

9. Plaintiff Felder is African American.

10. Plaintiff Felder is the sole share member of Jay Ire.

11. On or about October 18, 2021, Jay Ire applied for and was granted building permits for the construction of two model homes ("Building Permits").

12. Jay Ire satisfactorily commenced performance pursuant to all applicable

rules and regulations promulgated by the Cobb County Community Development Agency authorizing Jar Ire's performance.

13.    Following Jay Ire's commencement of work, defendant Gobble issued and published his letter of December 6, 2021 stating that Jay Ire was awarded the Building Permits under false pretences. At the time, Gobble was acting both individually and in his official capacity as the Chief Building Officer for the Development and Inspections Division Manger of the Cobb County Community Development Agency.

## IV

## CLAIMS FOR RELIEF

### COUNT I: TITLE VII RACE DISCRIMINATION
### AS TO DEFENDANTS COBB COUNTY AND GOBBLE

14.    Plaintiff reasserts and incorporates Paragraphs 1 through 13 of this Complaint as if fully set forth herein.

15.    Plaintiff is a member of a protected class by virtue of his race.

16.    Defendants Cobb County and Gobble discriminated against Plaintiffs by revoking Jay Ire's building permit and erroneously issuing and publishing a letter stating that Plaintiffs were awarded the Building Permits under false pretenses..

17.    Plaintiffs suffered and continues to suffer financial injury.

18.    Defendants treated Plaintiff Felder disparately from other contractors on the basis of race.

19.    Defendants have no legitimate business reasons for the adverse actions

against Plaintiffs.

20. Plaintiffs have suffered damages as a result of Defendants' discrimination, for which they are entitled to recovery.

## COUNT II: §1988 ATTORNEY FEES AND COSTS AS TO ALL DEFENDANTS

21. Plaintiff reasserts and incorporates Paragraphs 1 through 21 of this Complaint as if fully set forth herein.

22. As Defendants violated Plaintiff's rights protected by 42 U.S.C. §§1983, Plaintiff is entitled to recover her attorney's fee and expenses as provided by §1988 and other relevant federal statutes.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

a. Trial by jury;

b. Declaratory relief;

c. Actual and compensatory damages in an amount to be determined by the enlightened conscience of a jury; and

d. Attorney's fees, costs of litigation and any other relief the Court deems just and proper.

Respectfully submitted, this 31st day of August, 2022.

ATTORNEYS FOR PLAINTIFF

McMANUS CONSTRUCTION LAW, LLC


*s/ John C. McManus*
John C. McManus
Georgia Bar No. 497775

McManus Construction Law, LLC
1245 Brooklawn RD NE
Brookhaven, GA. 30319
(404) 433-3412
jcmpc@me.com


THE BAILEY FIRM, LLC

*s/Timothy W. Bailey*
Timothy W. Bailey
Georgia Bar No. 032275

The Bailey Firm, LLC
560 Roswell Street
Building 200, Suite 230
Marietta, Georgia
770)293-1214
tim@baileyfirmllc.net